# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL LEWIS BOONE, <br> Petitioner, <br> v. <br> JOHN SUTTON, Warden <br> Respondent. | CASE NO. 2:16-cv-07724-SVW (SK) <br> **JUDGMENT** |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 12, 2017

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE